IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEANA WATSON, *as Independent Administrator of the Estate of* CLAUDE GARRETT*, deceased*,<br><br>Plaintiff,<br><br>v.<br><br>Current and/or Former Nashville Metropolitan Fire Department Marshalls KENNETH PORTER, OTIS JENKINS, and PATRICK HUNT, Current and/or Former Nashville Metropolitan Police Officers WILLIAM MICHAEL ROLAND, DAVID MILLER, and DESMOND CARTER, Current and/or Former ATF Agent JAMES COOPER, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | ) | Case No.: 3:23-cv-00456<br>JUDGE RICHARDSON<br>MAGISTRATE JUDGE FRENSLEY |

**DEFENDANTS UNITED STATES' AND JAMES COOPER'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.01, Defendants United States of America and former Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") Special Agent James Cooper respectfully submit this Motion for Summary Judgment. Defendants are entitled to summary judgment for multiple reasons, including: (1) that Plaintiff's claims are not properly pled against a federal actor and must therefore fail under Section 1983; (2) that there is no dispute of material fact with respect to Plaintiff's claims if converted to *Bivens* claims; (3) that Plaintiff's claims for intentional infliction of emotional distress are time-barred and fail on multiple elements.

Respectfully submitted,

ROBERT MCGUIRE
Acting United States Attorney
Middle District of Tennessee

s/ Michael Tackeff
ANICA C. JONES, B.P.R. # 025325
MICHAEL C. TACKEFF, B.P.R. #036953
KIMBERLY S. VEIRS, B.P.R. #034811
Assistant United States Attorneys
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: michael.tackeff@usdoj.gov
kimberly.veirs@usdoj.gov
anica.jones@usdoj.gov
*Attorneys for the United States*

TUNE, ENTREKIN & WHITE, P.C.
s/ Peter J. Strianse
PETER J. STRIANSE
Capitol View
500 11th Avenue North, Suite 600
Nashville, TN 37203
Email: pstrianse@tewlawfirm.com
*Attorney for James Cooper*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, a copy of the foregoing was filed electronically. A copy will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, a copy was sent by United States first class mail, postage prepaid, to the following:

| | |
|---|---|
| Kathleen T. Zellner<br>Nicholas Curran<br>Joanna P. Kluzowska<br>Kathleen T. Zellner & Associates, P.C.<br>4580 Weaver Parkway, Suite 204<br>Warrenville, IL 60555<br>Email: attorneys@zellnerlawoffices.com<br>Email: nick@zellnerlawoffices.com | Kyle F. Mothershead<br>Relentless Advocacy, PLLC<br>7000 Executive Center Drive, Suite 240<br>Brentwood, TN 37027<br>Email: kyle@relentlesslaw.com |
| Melissa S. Roberge<br>John W. Ayers<br>Michael R. Dohn<br>Metropolitan Legal Department<br>P.O. Box 196300<br>Nashville, TN 37219<br>Email: melissa.roberge@nashville.gov<br>Email: will.ayers@nashville.gov<br>Email: michael.dohn@nashville.gov | Peter J. Strianse<br>Tune, Entrekin & White, P.C.<br>Capitol View<br>500 11th Avenue North, Suite 600<br>Nashville, TN 37203<br>Email: pstrianse@tewlawfirm.com |

s/ Michael Tackeff
MICHAEL C. TACKEFF
Assistant United States Attorney