# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DEANA WATSON,                        )
                                     )
    Plaintiff,               )
                                     )
v.                                   )    NO. 3:23-cv-00456
                                     )
                                     )    JUDGE RICHARDSON
UNITED STATES OF AMERICA, et al.,    )
                                     )
    Defendants.              )
                                     )

## <u>ORDER</u>

Pending before the Court is an "Unopposed Motion for Clarification" (Doc. No. 167, "Motion") filed by Plaintiff, Deana Watson. Via the Motion, Plaintiff requests a clarification of "this Court's order [(Doc. No. 166, "Denial Order")] denying Plaintiff's motion [(Doc. No. 144)] seeking leave to file a statement of additional material facts in opposition to Defendants' motion for summary judgment [(Doc. No. 140)]." (Doc. No. 167 at 1). In relevant part, via the Denial Order, the Court directed Plaintiff to refile her response in opposition to Defendants' motion for summary judgment with corrected citations to the factual record, removing any references to the statement of facts (Doc. No. 158) that Plaintiff had filed, and, instead, making citations only to (other) filings on the docket. (Doc. No. 166 at 6). Plaintiff brings the instant Motion "to ascertain whether she may cite to the exhibits attached to her original summary judgment response" (Doc. No. 167 at 2) in her refiled response in opposition to the motion for summary judgment filed by Defendants.

The Motion (Doc. No. 167) being unopposed and otherwise well-taken, is **GRANTED**, and for clarification the Court notes that Plaintiff may cite exhibits attached to her original

summary judgment response in her refiled response in opposition to Defendants' motion for summary judgment.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE