IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEANA WATSON, *as Independent Administrator of the Estate of* CLAUDE GARRETT, *deceased*,<br><br>Plaintiff,<br><br>v.<br><br>Current and/or Former Nashville Metropolitan Fire Department Marshalls KENNETH PORTER, OTIS JENKINS, and PATRICK HUNT, Current and/or Former Nashville Metropolitan Police Officers WILLIAM MICHAEL ROLAND, DAVID MILLER, and DESMOND CARTER, Current and/or Former ATF Agent JAMES COOPER, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | ) | Case No.: 3:23-cv-00456<br>JUDGE RICHARDSON<br>MAGISTRATE JUDGE FRENSLEY |

**<u>MOTION FOR SUBSTITUTION OF COUNSEL</u>**

The Defendant, United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, pursuant to Local Rule 83.01(h), respectfully hereby moves this Court to allow substitution of counsel. The United States states that Mark H. Wildasin should now be listed as counsel of record for the Defendant. The United States respectfully requests that Anica C. Jones be terminated as counsel of record in this matter as she is leaving the United States Attorney's Office.

//

//

//

[*signature on next page*]

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

s/ Mark H. Wildasin
MARK H. WILDASIN, B.P.R. #015082
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: mark.wildasin@usdoj.gov



Case 3:23-cv-00456 Document 170 Filed 08/27/26 Page 2 of 3 PageID #: 4795

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, a copy of the foregoing was filed electronically. A copy will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, a copy was sent by United States first class mail, postage prepaid, to the following:

| | |
|---|---|
| Kathleen T. Zellner<br>Nicholas Curran<br>Joanna P. Kluzowska<br>Kathleen T. Zellner & Associates, P.C.<br>4580 Weaver Parkway, Suite 204<br>Warrenville, IL 60555<br>Email: attorneys@zellnerlawoffices.com<br>Email: nick@zellnerlawoffices.com | Kyle F. Mothershead<br>Relentless Advocacy, PLLC<br>7000 Executive Center Drive, Suite 240<br>Brentwood, TN 37027<br>Email: kyle@relentlesslaw.com |
| Melissa S. Roberge<br>John W. Ayers<br>Michael R. Dohn<br>Metropolitan Legal Department<br>P.O. Box 196300<br>Nashville, TN 37219<br>Email: melissa.roberge@nashville.gov<br>Email: will.ayers@nashville.gov<br>Email: michael.dohn@nashville.gov | Peter J. Strianse<br>Tune, Entrekin & White, P.C.<br>Capitol View<br>500 11th Avenue North, Suite 600<br>Nashville, TN 37203<br>Email: pstrianse@tewlawfirm.com |

s/ Mark H. Wildasin
MARK H. WILDASIN
Assistant United States Attorney