**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | |
|---|---|
| DEANA WATSON, as Independent Administrator of the Estate of CLAUDE GARRETT, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>Current and/or Former ATF Agent JAMES COOPER, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 23–cv–00456<br><br>Honorable Eli Richardson, Judge Presiding.<br><br>Magistrate Judge Jefferey S. Frensley |

**PLAINTIFF'S MOTION TO ASCERTAIN STATUS OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff files this motion to ascertain status pursuant to Local Rule 7.01(c). Defendants filed their motion for summary judgment on May 23, 2025. (Dkt. 140). Plaintiff filed her response to the motion on July 2, 2025. (Dkt. 151). Defendants filed their reply on July 17, 2025. (Dkt. 160).

Plaintiff acknowledges that the summary judgment record is voluminous, and the issues raised by pending motion are likely taking time for the Court to resolve. Plaintiff files the instant motion only to determine whether she should expect a ruling on the motion in the near future.

Respectfully submitted,

/s/ Nicholas Curran
Nicholas Curran
Atty. Reg. No. 6291493
*Admitted Pro Hac Vice*
Attorney for Plaintiff



Case 3:23-cv-00456 Document 172 Filed 11/18/26 Page 1 of 2 PageID #: 4800

Kathleen T. Zellner & Associates, P.C.
2001 Butterfield Road, Suite 1025
Downers Grove, Illinois 60515
(Ph): 630-955-1212
(E): nick@zellnerlawoffices.com

**Certificate of Service**

I hereby certify that on November 18, 2026, I filed the foregoing using the Court's electronic filing system, which will send a copy of it to all parties of record.

Respectfully submitted,

/s/ Nicholas Curran



Case 3:23-cv-00456 Document 172 Filed 11/18/26 Page 2 of 2 PageID #: 4801