IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEANA WATSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:23-cv-00456<br><br>JUDGE RICHARDSON |

**ORDER**

Pending before the Court is the "Motion to Ascertain Status of Defendants' Motion for Summary Judgment" (Doc. No. 172, "Motion") filed by Plaintiff, Deana Watson. Via the Motion, Plaintiff seeks "to ascertain status pursuant to Local Rule 7.01(c)" regarding Defendants' pending motion for summary judgment (Doc. No. 140, "Motion for Summary Judgment"). (Doc. No. 172 at 1). The Motion (Doc. No. 172) is well-taken and is **GRANTED**.

The Court is aware of Defendants' Motion for Summary Judgment and can assure Plaintiff that the pending Motion for Summary Judgment is not on the metaphorical back burner and wishes to resolve it as soon as feasible.

Unfortunately, the Court is attempting to deal with a large number of criminal cases (which take precedence over civil cases, as counsel presumably are aware). In addition, the Court has more than 800 civil cases on its docket, with large numbers of involved dispositive and non-dispositive motions. The Court will make a determination on the pending Motion for Summary Judgment as soon as possible, given the other pressing (and many of them older) matters pending before it. The Court can assure counsel that it is working diligently to minimize these sorts of delays to the full extent possible under the prevailing circumstances.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE